## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.   05-cr-00469-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLARENCE CHURCHILL,

    Defendant.

## ORDER

Pursuant to and in accordance with the supervised release violation hearing held before the Honorable Robert E. Blackburn, United States District Judge, on February 18, 2016,

**IT IS ORDERED** that Defendant Clarence Churchill is sentenced to **time served**.

Dated:  February 18, 2016

                              BY THE COURT:

                              s/ Robert E. Blackburn  
                              ROBERT E. BLACKBURN,  
                              UNITED STATES DISTRICT JUDGE